An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

ANDRE J. KING A/K/A ANDRE J. HARDIMAN,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66002

**FILED**

JUL 2 4 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DISMISSING APPEAL

This is a proper person appeal from an order denying a motion to stay proceedings. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

Because no statute or court rule permits an appeal from an order denying the abovementioned motion, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.[1]

_____ , J.
Pickering

_____ , J.
Parraguirre

_____ , J.
Saitta

---

[1]We have received a motion to stay proceedings, and we deny the motion as moot.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-24107

cc: Hon. David B. Barker, District Judge
Andre J. King
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A